## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

Case No.  SACV 19-727 JVS (ADSx)                    Date   July 29, 2019

Title   Culp Construction Co. v. Jared Mark Sposito, etc.

---

Present: The Honorable          **James V. Selna, U.S. District Court Judge**

| Lisa Bredahl | Sharon Seffens |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Edwin Cottone | Not Present |

**Proceedings:**    Plaintiff Culp Construction Company's Motion for Default Judgment Against Jared Mark Sposito dba 19th Greens [14] - EVIDENTIARY

Cause is called for hearing and counsel for the plaintiff makes his appearance. There is no appearance on behalf of the defendant.

Arthur Terry is sworn and testifies.

The Court GRANTS the motion IN PART.  The Court grants the motion as to the breach of contract claim and denies the motion as to the other claims.  The Court severs the fraud claim and grants 30 days leave to amend.  Counsel to submit a proposed judgment within 7 days.

                                                                    :    **30**

                              Initials of Preparer    **lmb**