JS-6

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CULP CONSTRUCTION COMPANY, | Case No. 8:19-cv-00727-JVS-ADS |
| Plaintiff, | Judge: Hon. James V. Selna |
| vs. | **JUDGMENT WITH RESPECT TO PLAINTIFF CULP CONSTRUCTION COMPANY'S CAUSES OF ACTION FOR (1) BREACH OF CONTRACT; AND (2) MONEY HAD AND RECEIVED** |
| JARED MARK SPOSITO dba 19TH GREENS; and DOES 1 through 20, inclusive, | |
| Defendants. | |

1

JUDGMENT WITH RESPECT TO CULP CONSTRUCTION COMPANY'S CAUSES
OF ACTION FOR (1) BREACH OF CONTRACT; AND (2) MONEY HAD AND RECEIVED

Pursuant to the Court's Order Regarding Motion for Entry of Default Judgment [Dkt. #17], IT IS HEREBY ORDERED, ADJUDGED, AND DECREED THAT:

1. Judgment is hereby entered in favor of Plaintiff Culp Construction Company ("Culp") and against Defendant Jared Mark Sposito dba 19th Greens ("Sposito") with respect to the First Cause of Action (Breach of Contract) and Second Cause of Action (Money Had and Received) in the Complaint in the total amount of **$85,557.06**.

2. The foregoing amount consists of the following:
   a. $83,076.16 in damages as established by Culp; and
   b. $2,480.90 in prejudgment interest on the aforementioned damages at an interest rate of 10% per annum (simple interest) pursuant to *Cal. Civ. Code* § 3289(b), as calculated from the date of the filing of the Complaint (April 19, 2019) to August 6, 2019.

3. Culp shall be entitled to recover its costs, and Culp is directed to submit an application to the Clerk of the Court to tax costs in accordance with Fed. R. Civ. P. 54(d)(1).

4. Culp shall be entitled to recover its attorneys' fees, and Culp is directed to submit a noticed motion for such fees in accordance with Fed. R. Civ. P. 54(d)(2).

5. Culp's Motion for Entry of Default Judgment is denied as to all other claims in the Complaint, but the Court severs the Third Cause of Action (Fraud and Deceit) and grants Culp thirty (30) days leave to amend the Complaint to state a claim that may support punitive or trebled damages.

/ / /

/ / /

/ / /

2

JUDGMENT WITH RESPECT TO CULP CONSTRUCTION COMPANY'S CAUSES OF ACTION FOR (1) BREACH OF CONTRACT; AND (2) MONEY HAD AND RECEIVED

6. The Court shall retain jurisdiction over any matter pertaining to this judgment.

**IT SO ORDERED.**

Dated: August 16, 2019

_____
Hon. James V. Selna

3

JUDGMENT WITH RESPECT TO CULP CONSTRUCTION COMPANY'S CAUSES OF ACTION FOR (1) BREACH OF CONTRACT; AND (2) MONEY HAD AND RECEIVED